RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Dustin Randolph

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>DUSTIN RANDOLPH,<br><br>            Defendant. | Case No. 2:22-mj-00660-BNW-1<br><br>**JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Dustin Randolph, that the remaining term of supervised probation be terminated, and the above-captioned matter be closed.

This Stipulation is entered into for the following reasons:

1.      On November 30, 2022, Mr. Randolph entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor.

2.    The parties recommended that the Court order the United States Probation Office prepare a Pre-Sentence Investigation Report. The parties jointly agreed to recommend that Mr. Randolph be sentenced to 2 years of supervised probation with special conditions to include alcohol abuse treatment as deemed necessary by the United States Probation Office.

3.    On March 8, 2023, Mr. Randolph plead guilty to Driving Under the Influence in Nevada State Court, case number C-23-37192301. On the same day, his case was referred to the state court's Felony DUI Court program.

4.    On May 25, 2023, Mr. Randolph was sentenced in the instant case to 2 years supervised probation. In addition to the mandatory and standard conditions of supervision, Mr. Randolph was sentenced to the following special conditions of supervision: (i) participation in an inpatient/outpatient alcohol abuse treatment program, and (ii) substance abuse testing. Both of these special conditions were to run concurrently with the alcohol abuse treatment that Mr. Randolph was receiving through Nevada State Court's DUI program.

5.    On January 23, 2024, Mr. Randolph was terminated from the Nevada State Court's Felony DUI Court Program.

6.    On March 25, 2024, Mr. Randolph was sentenced by the State of Nevada to a minimum of 19 months and a maximum of 48 months in the Nevada Department of Corrections.

///
///
///
///

2

7.     Considering Mr. Randolph's custodial sentence, the parties jointly request the remaining term of supervised probation be terminated, and the above-captioned matter be closed.


DATED this 8th day of April 2024.


RENE L. VALLADARES                      JASON M. FRIERSON
Federal Public Defender                 United States Attorney


*/s/ Keisha K. Matthews*                    */s/ Melanee Smith*
By_____               By_____
KEISHA K. MATTHEWS                      MELANEE SMITH
Assistant Federal Public Defender       Assistant   United   States   Attorney

3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     v.<br><br>DUSTIN RANDOLPH,<br><br>       Defendant. | Case No. 2:22-mj-00660-BNW-1<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Mr. Randolph was terminated from the Nevada State Court DUI Court Program in connection with Nevada State Court case number C-23-371923-1.

2.    Mr. Randolph was sentenced in Nevada State Court case number C-23-371923-1 to a minimum of 19 months and a maximum of 48 months in the Nevada Department of Corrections.

## ORDER

IT IS HEREBY ORDERED that because Mr. Randolph was discharged from the Nevada State Court DUI program, and sentenced to a custodial term of 19-48 months, his remaining 2-year term of supervised probation is terminated.

///

///

///

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

      IT IS FURTHER ORDERED that Mr. Randolph's case be closed.

DATED this __11__ day of June   2024.

_____

UNITED STATES MAGISTRATE JUDGE

5